UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-mj-04368-TORRES

UNITED STATES OF AMERICA

vs.

VICTOR MANUEL ROCHA,

      **Defendant.**
_____/

## NOTICE OF APPEARANCE

The United States of America, through undersigned Assistant United States Attorney, hereby files this Notice of Appearance, requesting that the undersigned be informed of all future filings in the above captioned case.

Respectfully submitted,

MARKNZY LAPOINTE
UNITED STATES ATTORNEY

By:    */s/ John C. Shipley*
      John C. Shipley
      Assistant United States Attorney
      Florida Bar No. 69670
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Telephone: (305) 961-9111
      Email: John.Shipley@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 4, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                By:    */s/ John C. Shipley*
                                                            John C. Shipley
                                                            Assistant United States Attorney