# MINUTE ORDER - RECUSAL

Page 1

## Chief Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**          Date:  12/4/23      Time:  1:00 p.m.

Defendant:  Victor Manuel Rocha          J#:  12347-506      Case #:  23-4368-MJ-TORRES

AUSA: Jonathan Stratton, John Shipley**          Attorney:  Jacqueline Arango

Violation: **Consp to Act as an Agent of a Foreign Govt and to Defraud the U.S.; Acting as an Illegal Agent of a Foreign Govt; Misuse of Passport**          Arrest Date: 12/1/23      YOB: 1950

Proceeding:  Initial Appearance          Trial Atty: **Heather Schmidt, Christine Bonomo

Bond/PTD Held: ○ Yes   ○ No          *Recommended Bond: Pretrial Detention*

Bond Set at: _____          Co-signed by: _____

| | |
|---|---|
| ☐ Surrender and/or do not obtain passports/travel docs | Language:  English |

Disposition:

Counsel has filed a **PERMANENT**

Notice of Appearance in open court.

The defendant is held in Temporary

Pretrial Detention @ Government

request.

- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:      Time:      Judge:      Place:

Report RE Counsel: _____

| | | | |
|---|---|---|---|
| *PTD Hearing:* | *12/6/23* | *1:00 pm* | *Edwin G. Torres* |
| *Prelim/Arraign:* | *12/18/23* | *10:00 am* | *Miami Duty* |

Status Conference RE: _____

D.A.R. 13:05:32 _____          Time in Court: 7

s/Edwin G. Torres          Chief Magistrate Judge