UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __23-4368-MJ-TORRES__

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                      **NOTICE OF PERMANENT**
                                        **APPEARANCE AS COUNSEL**
__Victor Manuel Rocha__                 **OF RECORD**

        Defendant.
_____/

    COMES NOW __Jacqueline Arango__, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is/are presently charged in the United States District Court in and for the Southern District of Florida.

    Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 16 and the Special Rules Governing the Admission and Practice of Attorneys.

    Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

    **FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: __12/4/23__

        Attorney: __Jacqueline Arango__
        Address: __99 S.E. 7th Street, #1100__
        City __Miami__ State __FL__ Zip Code __33131__
        Telephone __(305) 982-5527__
        Florida Bar Number: __664162__

    The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

                __VMRocha__